```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF NORTH CAROLINA
             CHARLOTTE DIVISION
              3:08CV366-MU-02
```

| | | |
|---|---|---|
| **JOHN AUSTIN JAMES,** ) | | |
|     **Petitioner,** ) | | |
| ) | | |
|     v. ) | | **ORDER** |
| ) | | |
| **STATE OF NORTH CAROLINA,** ) | | |
|     **Respondent.** ) | | |
| _____) | | |

**THIS MATTER** comes before the Court on Petitioner's multi-page Petition for a writ of <u>habeas corpus</u>; and on his request to proceed with such Petition <u>in forma pauperis</u>, both filed August 12, 2008.

First, with respect to Petitioner's request to proceed as a pauper, the record reflects that he already has paid the meager $5.00 filing fee. Further, Petitioner has not explained to what other matters he wishes his <u>in forma pauperis</u> request to pertain. Accordingly, Petitioner's request will be dismissed as moot.

With respect to Petitioner's § 2254 Petition, the Court notes that he did not submit his proposed claims on the standard <u>habeas</u> application form. As a result, the Court has had considerable difficulty identifying Petitioner's claims and determining the procedural history of his case. Consequently, the Court

1

will direct Petitioner to re-submit his claims on the standard § 2254 form, which form will be provided to him by the Clerk of this Court.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Petitioner's request to proceed <u>in forma pauperis</u> is **DISMISSED as moot.**

2. Within thirty (30) days from the filing of this Order, Petitioner must re-submit his proposed claims on the standard § 2254 form Petition.

3. The Clerk shall mail the appropriate form to Petitioner along with this Order.

4. **FAILURE BY PETITIONER TO RE-SUBMIT HIS PETITION ON THE PROPER FORM WITHIN THE THIRTY (30) DAY PERIOD MAY SUBJECT THIS ACTION TO SUMMARY DISMISSAL.**

**SO ORDERED.**

Signed: August 27, 2008

Graham C. Mullen
United States District Judge