# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Austin James,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:08-cv-366

State of North Carolina,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2011 Order.

                                              Signed: September 9, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court